UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| CYNTHIA O'BRIEN, ET AL., | |
| Plaintiffs, | |
| | Honorable Madeline Cox Arleo |
| v. | |
| | Civil Action No. 06-4005(JAG) |
| REAL ESTATE MORTGAGE NETWORK, INC., ET AL., | |
| | **REPORT AND RECOMMENDATION** |
| Defendants. | |

**THIS MATTER** having come before the Court upon the motion of plaintiff to remand upon notice to defendants, and the Court having considered the briefs and affidavits in support of and in opposition to the motion and having heard the argument of counsel, and for the reasons set forth on the record on January 5, 2007, and for good cause shown;

**IT IS** on this 5th day of January 2007,

**RECOMMENDED THAT** plaintiffs' motion to remand be **DENIED**.

The parties have ten (10) days from the date hereof to file objections.

*s/Madeline Cox Arleo*
MADELINE COX ARLEO
United States Magistrate Judge

cc:   Hon. Joseph A. Greenaway, Jr., U.S.D.J.
      All Parties
      File