**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

---

|                                         |   |                                    |
|-----------------------------------------|---|------------------------------------|
|                                         | : |                                    |
| CYNTHIA O'BRIEN and                     |   |                                    |
| JACQUELINE KEENAN,                      | : |                                    |
|                                         | : |                                    |
| Plaintiffs,                             | : | Civil Action No. 06-4005 (JAG)     |
|                                         | : |                                    |
| v.                                      | : | **ORDER**                          |
|                                         | : |                                    |
| REAL ESTATE MORTGAGE                    | : |                                    |
| NETWORK, INC.,                          | : |                                    |
| DOUGLAS ROTELLA,                        | : |                                    |
| CARLOS BENAVENTE and                    | : |                                    |
| ERIC HAHN                               | : |                                    |
|                                         | : |                                    |
| Defendants.                             | : |                                    |
|                                         | : |                                    |

**GREENAWAY, JR., U.S.D.J.**

This matter comes before this Court on the motion of plaintiffs, Cynthia O'Brien and

Jacqueline Keenan ("Plaintiffs"), to remand the action to state court (Docket Entry No. 9), and

Magistrate Judge Madeline Cox Arleo having issued a Report and Recommendation ("R&R"),

pursuant to FED. R. CIV. P. 72(b) and L. CIV. R. 72.1(a)(2), wherein she recommended that this

Court deny Plaintiffs' motion to remand; and said R&R having been filed on January 14, 2007;

and the time within which to object to the R&R having expired; and no objection having been

made by either party; and it appearing that a magistrate judge's recommended disposition of a

dispositive motion is subject to de novo review, In re U.S. Healthcare, 159 F.3d 142, 145-46 (3d

Cir. 1998); Temptations, Inc. v. Wager, 26 F. Supp. 2d 740, 743 (D.N.J. 1998); see also FED. R.

CIV. P. 72(b); and this Court having reviewed the parties' submissions and the R&R under the

appropriate de novo standard; and good cause appearing,

IT IS on this 22nd day of February, 2007,

ORDERED that Magistrate Judge Arleo's R&R is adopted as the opinion of the Court;

and

IT IS FURTHER ORDERED that Plaintiff's motion to remand (Docket Entry No. 9) is

DENIED; and

IT IS FURTHER ORDERED that a copy of this Order be served on all parties within

seven (7) days of the date of entry of this Order.


S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR., U.S.D.J.